lowed to prosecute the suit in forma pauperis. The record, as lodged in this court, does not contain a note of evidence, and, after same was lodged here appellant filed a motion in which she set out that the deputy clerk and court reporter had failed and refused to transcribe the stenographic notes of the evidence taken on trial thereof, and prayed that this court order and direct the said deputy clerk and court reporter to transcribe and place in the record the note of evidence.

■ This court is without jurisdiction to issue the order prayed for. The court reporter, who is a deputy clerk, is an officer of the Fourth judicial district court in and for Ouachita parish, La., which court has jurisdiction to compel the officers thereof to perform their duties. Appellant has not exhausted his remedy before the district court. State ex rel. Allen R. Gentry v. O'Quinn, 5 La. App. 703.

■ Appellant properly perfected her appeal in the case, and should not be allowed to lose her right to an appeal through the fault or negligence of the clerk in failing to transcribe and file in this court the note of evidence. It therefore follows that the case will have to be remanded in order for the record to be completed, and it is so ordered; costs of the case to await a final determination thereof.

L. L. Morgan and E. R. Stoker, both of Baton Rouge, for appellants.

H. W. Ayres, of Jonesboro, for appellee.

TALIAFERRO, Judge.

The record in this case contains no order of appeal, nor motion or petition therefor. Without an order of the court a quo granting an appeal to this court, we are without jurisdiction to consider the case to any extent. Therefore, we are constrained to take notice of the situation and dismiss the appeal. Sullivan v. Tremont & Gulf Ry. Co., 4 La. App. 358; Gagneaux v. Desonier, 104 La. 648, 29 So. 282; Sammons v. N. O. Ry. & Light Company, 143 La. 731, 79 So. 320.

Appeal dismissed.

## HANKINS v. KAFFIE.†
### No. 5011.

Court of Appeal of Louisiana. Second Circuit.
April 1, 1935.

Geo. T. McSween and Barksdale, Bullock, Warren, Clark & Van Hook, all of Shreveport, for appellant.

## ALBIN v. HARVEY & JONES et al. *
### No. 4975.

Court of Appeal of Louisiana. Second Circuit.
April 1, 1935.